Manuel ARREDONDO v. STATE.

No. 17292.

Court of Criminal Appeals of Texas.

Feb. 6, 1935.

Rehearing Denied Feb. 27, 1935.

W. R. Smith, Jr., and Wm. Yelderman, both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for assault to rob; punishment, ten years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.